FRANK WEISS *vs.* JACK NEWMAN & others.

Suffolk.    March 3, 1926. — March 4, 1926.

Present: RUGG, C.J., CROSBY, PIERCE, CARROLL, & WAIT, JJ.

*Equity Pleading and Practice,* Master: findings; Appeal.

A defence to a suit in equity for an accounting, based on a contention of the existence of a partnership, was disposed of by a finding by a master that no partnership existed, and a final decree for the plaintiff was affirmed on appeal.

BILL IN EQUITY for an accounting, begun in the Superior Court by a writ of trustee process dated October 23, 1923.

The suit was referred to a master. Material facts found by him are stated in the opinion. By order of *Morton,* J., there were entered an interlocutory decree overruling exceptions by the defendants to the master's report and confirming the report, and a final decree establishing a debt of $2,751.45 and interest due to the plaintiff from the defendants and directing the issuance of an execution therefor against the defendants and the trustees named in the writ. The defendants appealed.

*L. G. Stone,* for the defendants, submitted a brief.

No argument nor brief for the plaintiff.

BY the COURT. The master finds that there was no partnership between the plaintiff and the defendants and that the debt of the defendants to the plaintiff is established. Since the evidence is not reported, these findings must stand and be accepted as true unless they are inconsistent with other facts found. *Glover* v. *Waltham Laundry Co.* 235 Mass. 330. A careful examination of the record shows that there is no such inconsistency. There is no error apparent on the record. *Rosenblum* v. *Springfield Produce Brokerage Co.* 243 Mass. 111.

*Decree affirmed with costs.*